UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JOSHUA J. CORREIA and KATIE M. MICHELETTI, *individually and as parents and next friend of their minor children* HNC, NRC, and CDC,<br>    Plaintiffs,<br><br>v.<br><br>MARINE TRAVELIFT, INC; RKL SOLUTIONS INC. d/b/a MARIN WALTER COMPANY; ELECTRONIC CONTROLS COMPANY d/b/a/ ECCO; FASTENA COMPANY; JKA SOLUTIONS, LLC; SAFE HARBOR MARINAS, LLC; and KINGGDOM MARINE SERVICES,LLC,<br>    Defendants. | C.A. No. 24-183-JJM-PAS |

ORDER

Before the Court are several pretrial discovery motions.[1] The Court addresses each one seriatim.

1. ***Defendant Electronic Controls Company d/b/a ECCO's Motion for Protective Order and to Quash Deposition Notice – ECF No. 136***

ECCO's Rule 30(b)(6) witness, Jeremy Tucker was deposed on August 7, 2025. ECCO does not want him deposed any further. The problem with that is that co-defendant Marine Travelift, Inc. did not have timely notice that the deposition of Mr.

---

[1] The parties have agreed on the protocol for accessing the phone information and therefore the Motion to Dismiss and for Sanctions for Plaintiffs' Failure to Comply with Discovery Order filed by Electronic Controls Company may PASS. ECF No. 130.

Tucker would be taken that day under Rule 30(b)(6). Marine Travelift is entitled to depose the ECCO's designated Rule 30(b)(6) witness and to be fully prepared before doing so. Therefore, Marine Travelift may depose Mr. Tucker as ECCO's Rule 30(b)(6) witness at a time mutually agreeable to all, on non-duplicative matters. Therefore, ECCO's Motion for a Protective Order and to Quash is DENIED. ECF No. 136.

    2.    *Plaintiff's Motion to Quash Marine Travelift's Subpoena to T-Mobile and for Entry of a Protective Order.- ECF No. 137*

The Plaintiffs have asked the Court to quash a subpoena that Marine Travelift issued to T-Mobile seeking the Plaintiff's telephone records. Because the subpoena is outside the scope of discovery allowed by this Court concerning Plaintiff's phone (see ECF No. 126), the Court GRANTS Plaintiff's Motion to Quash the Subpoena and ISSUES a Protective Order. ECF No. 137

    3.    *Defendants Safe Harbor Marina, LLC, Electronic Controls Company d/b/a ECCO's, and Marine Travelift, Inc.'s Motions to Compel Further Testimony from the Plaintiff Joshua Correia*

Defendants ask this Court to grant them more time to depose the Plaintiff,[2] beyond the 7 hours already spent by the Defendants deposing the Plaintiff. The Court will ALLOW the Defendants, collectively 2 more hours to depose Plaintiff, to be divided among the Defendants are they see fit.

---

[2] Safe Harbor and Marine Travelift ask for 30 more minutes each; ECCO asks for 3 hours more.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____

John J. McConnell, Jr.
Chief Judge
United States District Court

October 9, 2025